**United States District Court**
For the Northern District of California

1

2

3

4

*E-Filed 4/14/10*

5

6

7

8             UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12   WILLIE EUGENE WEAVER,                    No. C 09-4801 RS (PR)

13              Plaintiff,                    **ORDER OF DISMISSAL**

14        v.

15   PELICAN BAY STATE PRISON,
     et al.,

16

17              Defendants.
                                        /

18

19        This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C.

20   § 1983.  Plaintiff was ordered to pay the full filing fee by April 8, 2010 or the action would

21   be dismissed.  Plaintiff still has not paid the filing fee.  Accordingly, the action is

22   DISMISSED without prejudice.

23        The Clerk shall enter judgment in favor of defendants and close the file.

24        **IT IS SO ORDERED**.

25   DATED:  April 14, 2010

26                                         RICHARD SEEBORG
                                           United States District Judge

27

28

                                                          No. C 09-4801 RS (PR)
                                                          ORDER OF DISMISSAL

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

2 Willie Eugene Weaver
J-91389
3 7661 Nixos Way
Sacramento, CA 95823
4
DATED:  04/14/2010
5

6

7                                          s/ Chambers Staff
                                           Chambers of Judge Richard Seeborg
8

9 * Counsel are responsible for distributing copies of this document to any co-counsel who
have not registered with the Court's electronic filing system.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28